## 15377.  WATERS *v.* THE STATE.

LUKE, J.  1. Where a petition for a change of venue is made by one accused of crime, under the provisions of section 964 of the Penal Code of 1910, relating to change of venue in criminal cases, and after hearing evidence the judge refuses the petition, a bill of exceptions to review such judgment must be tendered to the judge hearing the petition within 6 days after the refusal to grant the same.  Ga. L. 1911, p. 74.

2. Under the above ruling, the bill of exceptions in the instant case must be dismissed.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 16, 1924.

Motion to change venue; from Jeff Davis superior court—Judge Highsmith. January 15, 1924.

*L. C. Harrell, Russell Ross, W. B. Kent,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general, Walter F. Grey, solicitor-general, S. D. Dell,* contra.

---

## 15378.  McLENDON *v.* THE STATE.

BLOODWORTH, J.  1. When all the evidence and the entire instructions given to the jury in this case are considered, neither of the special grounds of the motion for a new trial shows error that requires a reversal of the judgment.

2. The verdict is supported by some evidence and has the approval of the trial judge, and, as no error of law is shown to have been committed, this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 16, 1924.

Accusation of possession of liquor; from city court of Carrollton —Judge Hood. January 11, 1924.

*Smith & Millican,* for plaintiff in error.

*Willis Smith, solicitor,* contra.